**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

BENJAMIN DAVID,

*Plaintiff,*

v.

AMERICAN STATES INSURANCE COMPANY,

*Defendant.*

CIVIL ACTION
NO. 26-7598

**ORDER**

**AND NOW**, this 27th day of October, 2026, upon consideration of American States Insurance Company's Motion to Dismiss (Dkt. No. 7), Benjamin David's Response in Opposition (Dkt. No. 8) and American States' Reply in Support (Dkt. No. 9), it is hereby **ORDERED** that the Motion is **GRANTED.** Counts II and III of David's Complaint are **DISMISSED with prejudice** and his request for attorneys' fees and punitive damages under Count I is **STRICKEN**.

BY THE COURT:

***/s/ Gerald J. Pappert***

Gerald J. Pappert, J.